UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :

      v.                          :                WAIVER OF INDICTMENT

SANDY BATISTA-MAGRA,              :                14 Cr. __
  a/k/a "Ferragamo,"
                            :

         Defendant.
                            :
- - - - - - - - - - - - - - - - X

      The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1349, 371 and 1956, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                           _____
                                           Defendant

                                           _____
                                           Witness

                                           _____
                                         Counsel for Defendant

Date: New York, New York
      February 26, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 26 20

0202